NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1408
(Serial No. 08/171,379)

IN RE SHANNON K. BYERLY, DAVID G. IWANSKI,
STANLEY R. KELLENBERGER, JIAN QIN,
WEN-HUEY SHIH-SCHROEDER, KRZYSZTOF A. SZYMONSKI,
CHUAN-LING TSAI, and SANDRA M. YARBROUGH

Meredith Martin Addy, Brinks Hofer Gilson & Lione, of Chicago, Illinois, argued for appellants. With her on the brief were K. Shannon Mrksich, and Julie L Leichtman. Of counsel was Luke A. Parsons.

Thomas L. Stoll, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Shannon M. Hansen, Associate Solicitor.

Appealed from:     United States Patent and Trademark Office
                       Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1408
(Serial No. 08/171,379)

IN RE SHANNON K. BYERLY, DAVID G. IWANSKI,
STANLEY R. KELLENBERGER, JIAN QIN,
WEN-HUEY SHIH-SCHROEDER, KRZYSZTOF A. SZYMONSKI,
CHUAN-LING TSAI, and SANDRA M. YARBROUGH

# Judgment

ON APPEAL from the   United States Patent and Trademark Office
Board of Patent Appeals & Interferences

in SERIAL NO 08/171,379.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON and MOORE, <u>Circuit Judges</u>, and CUDAHY, <u>Senior Circuit Judge</u>.*)

AFFIRMED. <u>See</u> Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED: <u>April 2, 2009</u>            <u>/s/ Jan Horbaly</u>
                                      Jan Horbaly, Clerk

---

  *    The Honorable Richard D. Cudahy, Senior Circuit Judge, United States Court of Appeals for the Seventh Circuit, sitting by designation.